# Violation Notice

| | | | | |
|---|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | | |
| R 3441253 | McClay, Andrew M | M2686 | DE-10 | |

2006 0527

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | ☐ CFR  ☐ USC  ☒ State Code |
|---|---|---|
| 16 May 2006 / 1430 | DE Title 11 Section 840 Shoplifting | Class G Felony |

| Place of Offense |
|---|
| Dover AFB Base Exchange Bldg # 266 |

| Offense Description |
|---|
| DE Title 11 Shoplifting Class A misdemeanor Section 840 Class G Felony |

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Sanchez | Sonny | S. |

| Street Address |
|---|
| |

| City | State | Zip Code | Phone |
|---|---|---|---|
| Dover | DE | 19904 | |

| Driver's License No | DL State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | DE | | 946 |

| Adult ☒ | Juvenile ☐ | Sex ☒ Male ☐ Female | Hair Bk | Eyes Br | Height 6'6" | Weight 190 |

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| PAY THIS AMOUNT → | $ | Forfeiture Amount |
| | + $25 | Processing Fee |
| | $ | Total Collateral Due |

| YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.) | | |
|---|---|---|
| Court Address | Date (mm/dd/yyyy) | Time (hh mm) |
| US District Court 844 King St Wilmington, DE 19801 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **16 May, 20 06** while exercising my duties as a law enforcement officer in the **KENT** District of **DE**

Your Honor, while conducting my official duties as a security forces police officer, I was dispatched to Bldg # 266/Base Exchange for a shoplifting. Mr. Sanchez was observed taking an RF Modulator from its package in the electronics section via video tape. Mr. Sanchez then concealed the item and exited the Base Exchange without rendering payment for the RF Modulator. The store detective then made contact with Mr. Sanchez asking where the item was and Mr. Sanchez took the item from his pocket. Mr. Sanchez is aware that he must appear in court for this violation.

The foregoing statement is based upon
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **05/16/2006**  _signature_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   US Magistrate Judge

CVR Scan 8/6/2006 10:55:20